# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTO MARTINEZ,       )<br>                          )<br>     Petitioner,     )<br>                          )<br>     v.                  )<br>                          )<br>ERIC H. HOLDER,          )<br>                          )<br>     Respondent.     )<br>_____) | NO. CV 12-6970 GHK (FMO)<br><br><br>**ORDER TO SHOW CAUSE** |

On August 13, 2012, petitioner Augusto Martinez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), claiming he has been in immigration detention for over two years without being released on bond and seeking the "immediate release of petitioner from detention pending the results of the immigration proceedings [against him]." (Petition at 4-6). On September 18, 2012, respondent filed a motion to dismiss the Petition, and on October 23, 2012, respondent filed a Notice of Change in Custody Status and Suggestion of Mootness ("Notice"), indicating that on September 27, 2012, petitioner had a bond hearing before an immigration judge and was ordered released from custody under a bond of $15,000. (See Notice at 2 & Exh. A).

Given respondent's Notice, petitioner IS ORDERED TO SHOW CAUSE why this action should not be dismissed as moot, and to file and serve a written response to respondent's Notice by no later than November 16, 2012.

Dated this 25th day of October, 2012.

                                                                                                  /s/<br>
                                                                     Fernando M. Olguin<br>
                                                    United States Magistrate Judge